# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND MAINOR,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:19-CV-0491** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **UNITED STATES OF AMERICA**, *et al.*, : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this 10th day of **JUNE 2019**, it is **ORDERED** that:

1. Mr. Mainor's request for a Court order (ECF No. 6) is **GRANTED**.

2. The Clerk of Court shall send a copy of this Court's May 2, 2019-Order (ECF No. 5) to the Warden of the institution wherein Mr. Mainor is presently confined.

3. This Order does not relieve Mr. Mainor of his obligation to follow prison policies and procedures in requesting and authorizing the deduction of the requisite funds from his prison account.

4. If Mr. Mainor fails to pay the $350.00 filing and $50.00 administrative fee within fourteen (14) days of this Order, this action will be dismissed without prejudice.

A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**