# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND MAINOR,** : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 3:19-CV-0491 |
| v. : | |
| : | (Judge Caputo) |
| **UNITED STATES OF AMERICA**, *et al.*, : | |
| : | |
| Defendants : | |

# O R D E R

**AND NOW**, this **6th** day of **SEPTEMBER, 2019**, it is **ORDERED** that Mr. Mainor's Motion for Reconsideration (ECF No. 11) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**